ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
　　　Program Litigation 1 | Law & Policy
　　　Social Security Administration
　　　6401 Security Boulevard
　　　Baltimore, Maryland 21235
　　　Telephone: (510) 970-4822
　　　E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GUILLEN MANRIQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | ) Case No.: 2:25-cv-02599-AC <br> ) <br> ) STIPULATION FOR VOLUNTARY <br> ) REMAND PURSUANT TO SENTENCE <br> ) FOUR OF 42 U.S.C. § 405(g) AND <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity to submit additional evidence; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. For Voluntary Remand;  Case 2:25-cv-02599-AC         1

Respectfully submitted,

Dated:    March 3, 2026                    /s/ Francesco P. Benavides *
                                          FRANCESCO P. BENAVIDES
                                          Attorney for Plaintiff
                                          (* approved via email on 2/26/26)


Dated: March 3, 2026                       ERIC GRANT
                                          United States Attorney

                                    By:   /s/ Marcelo Illarmo
                                          MARCELO ILLARMO
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant


### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  March 4, 2026.

`

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 2:25-cv-02599-AC          2